IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES E. ALEXANDER/RYAHIM, JR.                                            PLAINTIFF
ADC #111057

v.                                4:13-cv-534-DPM-JJV

MIKE BEEBE, Arkansas Governor;
MARK PRYOR, Senator; MIKE ROSS, Senator;
JOHN MCCAIN, Senator; JOHN KERRY, Senator;
LINDSEY GRAM, Senator; BARACK OBAMA, U.S. President;
AMERICAN CORRECTIONAL ASSOCIATION
STANDARDS & ACCREDITATION;
ERIC HOLDER, Attorney General; BILL CLINTON,
Former U.S. President; DEPARTMENT OF DEFENSE;
DEPARTMENT OF TREASURY;
STEPHENS, Captain/Chief Supervisor, Varner
Supermax, ADC; ALLENS, Mailroom Officer,
Varner Supermax, ADC; WATSON, Warden,
Varner Supermax, ADC; JACKSON, Assistant
Deputy Warden, Varner Supermax, ADC;
STARK LIGON, Director, Board of Professional
Conduct; DUSTIN MCDANIEL, Arkansas Attorney
General; DOES 1-10, US Court of Fed. Claims Chief
Judge, US Court of Fed. Claims Deputy Clerk, Joint
Chief of Staff to Pres., Homeland Security Dir.,
National Sec. Dir., House Speaker, UN Joint Chief of
Staff, US Fed. Budget Admin. Supervisor, Pentagon
Dir.                                                                                      DEFENDANTS

ORDER

Alexander/Ryahim moves to proceed in *forma pauperis* in this § 1983 case. № 1. But he is a three-striker under the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). He has filed at least three cases that were dismissed for

failure to state a claim upon which relief may be granted. *Alexander/Ryahim v. Daniels*, 5:03-cv-181-JMM; *Alexander/Ryahim v. Monroe*, 4:07-cv-1063-JLH; *Alexander/Ryahim v. Langston*, 4:06-cv-845-SWW. And he does not fall within the exception to the three-strikes provision because he does not allege that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Alexander/Ryahim's motion to proceed *in forma pauperis*, № 1, is denied. His complaint, as supplemented, № 2 & 4, is dismissed without prejudice. If he wishes to pursue this case, he must, within thirty days of the entry of this Order: (1) pay the full statutory filing fee of $400, noting the case style and number; and (2) file a motion to reopen the case. His motion to dismiss his own case, № 7, is denied as moot.

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge

8 October 2013