IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES E. ALEXANDER/RYAHIM, JR.                                    PLAINTIFF
ADC #111057

v.                           4:13-cv-534-DPM-JJV

MIKE BEEBE, Arkansas Governor;
MARK PRYOR, Senator; MIKE ROSS, Senator;
JOHN MCCAIN, Senator; JOHN KERRY, Senator;
LINDSEY GRAM, Senator; BARACK OBAMA, U.S. President;
AMERICAN CORRECTIONAL ASSOCIATION
STANDARDS & ACCREDITATION;
ERIC HOLDER, Attorney General; BILL CLINTON,
Former U.S. President; DEPARTMENT OF DEFENSE;
DEPARTMENT OF TREASURY;
STEPHENS, Captain/Chief Supervisor, Varner
Supermax, ADC; ALLENS, Mailroom Officer,
Varner Supermax, ADC; WATSON, Warden,
Varner Supermax, ADC; JACKSON, Assistant
Deputy Warden, Varner Supermax, ADC;
STARK LIGON, Director, Board of Professional
Conduct; DUSTIN MCDANIEL, Arkansas Attorney
General; DOES 1-10, US Court of Fed. Claims Chief
Judge, US Court of Fed. Claims Deputy Clerk, Joint
Chief of Staff to Pres., Homeland Security Dir.,
National Sec. Dir., House Speaker, UN Joint Chief of
Staff, US Fed. Budget Admin. Supervisor, Pentagon
Dir.                                                                 DEFENDANTS

JUDGMENT

Alexander/Ryahim's complaint as supplemented is dismissed

without prejudice. The Court certifies that an *in forma pauperis* appeal from

this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D. P. Marshall Jr.
United States District Judge

8 October 2013